**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS AT KANSAS CITY**

| | |
|---|---|
| STEFAN SEMCHYSHYN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:08-cv-02627 |
| ) | |
| THE UNIVERSITY OF KANSAS HOSPITAL ) | |
| AUTHORITY, et al. ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF FRCP 30(b)(6) DEPOSITION TO DEFENDANT
KANSAS UNIVERSITY PHYSICIANS INC**

Plaintiff hereby provides notice that, pursuant to FRCP 30(b)(6), he will take upon oral examination by counsel for plaintiff at the University of Kansas Hospital Campus, 3901 Rainbow Blvd., Kansas City, KS 66160, 2nd Floor of the Murphy Building, on April 12, 2010 at 2:00p.m. The deposition of a person or persons designated by Defendant to provide testimony on the following matters:

**DESIGNATED MATTERS**

1. Your policies, procedures and/or agreements with, Kansas University Hospital Authority ("KUH"), The University of Kansas Medical Center ("KUMC"), and/or Kansas University Gynecological and Obstetrical Foundation ("KUGOF").

2. Your administrative agreements with KUH, KUGOF and/or KUMC for the administration of programs, including but not limited to Human Resources and Recruitment programs.

3. Your process and procedure by which physicians, performing services for the benefit of patients of Defendant, KUH, KUGOF, and/or KUMC, may utilize the equipment, staff, and/or

space provided by a separate entity, including but not limited to KUMC and/or KUH.

4. Your recruitment, review and/or termination process of Defendant.

5. Your process and procedure in which KUH, KUGOF and/or KUMC are informed of any notice or communication from any governmental authority, any action, suit, claim, investigation or proceeding commenced where the Defendant is a respondent.

6. Your process and procedure in which claims and/or charges of discrimination naming and/or implicating Defendant are handled.

7. Every oral or written complaint, charge and/or lawsuit brought against Defendants alleging age-based discrimination, indicating for each the name and address for each the person filling or registering the complaint, charge and/or lawsuit, and, if applicable, the jurisdiction/forum, case or docket number, name and address of plaintiff's attorney, status, and resolution/result.  This request is limited to the period of January 1, 2005 through the present date.  Plaintiff would accept a written response consistent with Rule 34

**8.** Defendants' employees in management positions from January 1, 2005 through the present date, indicating the name, last known address, date of hire, job title, age, and job title of each such employee.

Respectfully submitted,

**EMPLOYEE RIGHTS LAW FIRM**
**LAW OFFICES OF MARK A. JESS, LLC**

**/s/ John J. Ziegelmeyer III**
Mark A. Jess KS# 16525
John J. Ziegelmeyer III KS # 23003
1600 Genessee, Suite 842
Kansas City, MO 64102-5639
Ph: 816.474.4600
Fx: 816.474.4601
Email: mark.jess@employeerightslawfirm.com
Website: www.employeerightslawfirm.com

## Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing document was sent electronically via ECF filing system on this 8th day of April 2010 to:

| | | |
|---|---|---|
| John C. McFadden<br>Special Assistant Attorney General<br>University of Kansas Medical Center<br>3901 Rainbow Boulevard<br>Kansas City, Kansas 66160<br>913.588.7281<br>Fax: 913.588.1412<br>email: jmcfadde@kumc.edu<br><br>*Attorney for Defendants The University of Kansas,*<br>*The University of Kansas School of Medicine,*<br>*University of Kansas Medical Center and Dr. Carl Weiner* | Eric E. Packel<br>Holly M. Perkins<br>Polsinelli Shughart PC –12th St.<br>Twelve Wyandotte Plaza<br>120 West 12th Street, Suite #1700<br>Kansas City, Missouri 64105-1918<br>Email:epackel@polsinelli.com<br>Email: hperkins@polsinelli.com<br><br>*Attorney for Defendant University of Kansas Hospital Authority* | Brian N. Woolley KS DIST. CT. # 70007<br>2345 Grand Boulevard<br>Kansas City, Missouri 64108<br>(816) 292-2002<br>FAX (816) 292-2001<br>Email: bwoolley@lathropgage.com<br><br>Tammy M. Somogye #18210<br>Building 82, Suite 1000<br>10851 Mastin Boulevard<br>Overland Park, Kansas 66210-1669<br>Telephone: (913) 451-5100<br>Telecopier: (913) 451-0875<br><br>*Attorneys for Defendant Kansas University Physicians Inc.* |
| Anne C. Emert<br>Paul E. Donnelly<br>Stinson Morrison Hecker LLP<br>1201 Walnut St., Suite 2900<br>Kansas City, MO 64106-2150<br>816-691-2657<br>Fax: 816-691-3495<br>Email:aemert@stinson.com<br>Email:pdonnelly@stinson.com<br><br>*Kansas University Gynecological and Obstetrical Foundation* | | |

/s/John J. Ziegelmeyer III
Attorney for Plaintiff